**Judgment Vacated and Case Remanded and Opinion Filed July 24, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00731-CV

### DALLAS BERKSHIRE PARTNERS, LTD, Appellant
### V.
### GLASS CELLAR, LLC AND RANDALL M. DEWITT, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04908**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellant's agreed motion to dismiss the appeal because the parties have settled their dispute. Appellant asks that we dismiss the appeal, vacate the trial court's judgment, and remand this case to the trial court with instructions for the trial court to dismiss all claims with prejudice. We grant the motion as follows.

We set aside the trial court's April 4, 2024 judgment without regard to the merits and remand this case to the trial court for entry of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

240731F.P05

/Maricela Breedlove/ 
MARICELA BREEDLOVE 
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DALLAS BERKSHIRE
PARTNERS, LTD, Appellant

No. 05-24-00731-CV     V.

GLASS CELLAR, LLC AND
RANDALL M. DEWITT, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-04908.
Opinion delivered by Justice
Breedlove. Justices Smith and Miskel
participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's April 4, 2024 judgment without regard to the merits and **REMAND** this case to the trial court for entry of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, we **ORDER** that appellees GLASS CELLAR, LLC AND RANDALL M. DEWITT recover their costs of this appeal from appellant DALLAS BERKSHIRE PARTNERS, LTD.

Judgment entered July 24, 2024